IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00050-BNB

GEORGE C. MURPHY, Reg. # 101682,

    Plaintiff,

v.

BILL RITTER, Governor of Colorado,
GARY GOLDER, Director of Prisons Colorado,
ARISTEDES W. ZAVARAS, Executive Director C.D.O.C.,
ALICE MCHOL, Adams County Commissioner,
LARRY PACE, Adams County Commissioner,
SKIP FISHER, Adams County Commissioner,
PETER A. STUMPF, Adams County Deputy District Attorney,
DETECTIVE NANCY LEE, Westminster Police Dept.,
ATTORNEY PATRICK VANCE, (Deputy Public Defender), and
JANE AND/OR JOHN DOE, Any Entity, All Named Defendants in Their Official and
    Individual Capacities,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 23 2008

GREGORY C. LANGHAM
                CLERK

## ORDER

On April 22, 2008, Plaintiff filed a pleading titled "Petition for Recusal/Withdrawal." In the pleading, Plaintiff requests that the payment of the $350.00 filing fee be returned to his cousin, the person he claims paid the fee. Plaintiff's request is DENIED. The Court has commenced a review of the merits. Plaintiff has been directed to amend the Complaint and the Complaint has been found to be barred in part under **Heck v. Humphrey**, 512 U.S. 477 (1994). Simply because Plaintiff's Complaint in part is subject to dismissal does not justify a return of the filing fee. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), regardless of the payment of the filing fee an action may be dismissed at any time if the Complaint "fails to state a claim on

which relief may be granted."

If Plaintiff desires to voluntarily dismiss the Complaint without a refund of the $350.00 filing fee he must inform the Court of his intention to do so. The Court will not construe from the April 22, 2008, pleading that Plaintiff intends to voluntarily dismiss the Complaint without the refund. Accordingly, it is

ORDERED that Mr. Murphy's request for a refund of the filing fee is DENIED.

DATED April 23, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00050-BNB

George C. Murphy
Prisoner No. 101682
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/20/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk