IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00050-BNB

GEORGE C. MURPHY, Reg. # 101682,

Plaintiff,

v.

BILL RITTER, Governor of Colorado,
GARY GOLDER, Director of Prisons Colorado,
ARISTEDES W. ZAVARAS, Executive Director C.D.O.C.,
ALICE MCHOL, Adams County Commissioner,
LARRY PACE, Adams County Commissioner,
SKIP FISHER, Adams County Commissioner,
PETER A. STUMPF, Adams County Deputy District Attorney,
DETECTIVE NANCY LEE, Westminster Police Dept.,
ATTORNEY PATRICK VANCE, Deputy Public Defender, and
JANE AND/OR JOHN DOE, Any Entity, All Named Defendants in Their Official and
    Individual Capacities,

Defendants.

## ORDER OF DISMISSAL

Plaintiff George C. Murphy is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Crowley County Correctional Facility in Olney Springs, Colorado. Upon review of the merits of the Complaint, Magistrate Judge Boyd N. Boland entered an order, on April 3, 2008, directing Plaintiff to file an Amended Complaint. Plaintiff specifically was instructed to amend the Complaint, in keeping with *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007), and to assert only claims that challenge the condition of his confinement. Plaintiff further was instructed that his claim for damages challenging the validity of his criminal conviction is barred by *Heck v. Humphrey*, 512 U.S. 477 (1994).

Rather than filing an Amended Complaint, on April 22, 2008, Plaintiff filed a request to withdraw the action and to have the $350.00 filing fee refunded in full. In the request Plaintiff concedes that his claims are premature. Magistrate Judge Boland denied Plaintiff's request for a refund. Under 28 U.S.C. § 1915(e)(2)(B)(ii) regardless of the payment of the filing fee an action may be dismissed at any time if the complaint "fails to state a claim on which relief may be granted." Magistrate Judge Boland, however, did not construe Plaintiff's request to withdraw as a voluntary dismissal.

Plaintiff, however, now has failed to comply with the April 3, 2008, Order directing him to file an Amended Complaint within the time allowed. Upon review of the original Complaint, the Court finds that Magistrate Judge Boland correctly determined that the Complaint in part is barred by *Heck* and that the remaining claims challenging Plaintiff's conditions of confinement must be presented to the Court in keeping with *Nasious*. Magistrate Judge Boland properly required Plaintiff to file an Amended Complaint. The action, therefore, will be dismissed for failure to comply with the April 3, 2008, Order and for failure to prosecute. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to comply with the April 3, 2008, Order and for failure to prosecute.

DATED at Denver, Colorado, this 21 day of May, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00050-BNB

George C. Murphy
Prisoner No. 101682
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 5/22/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk